David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Thomas D. Penfield, SBN 062380
*tompen@cglaw.com*
Scott C. Cummins, SBN 060899
*scc@cglaw.com*
Adam B. Levine, SBN 305368
*alevine@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Garth W. Aubert, SBN 162877
*garth.aubert@fitzhunt.com*
Jennifer M. Vagle, SBN 279278
*jennifer.vagle@fitzhunt.com*
**FITZPATRICK & HUNT,**
**TUCKER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125

Stephen K. Brunk, SBN 53238
*skbrunk@sbcglobal.net*
**LAW OFFICES OF STEPHEN K. BRUNK**
6098 La Jolla Mesa
La Jolla, California 92037
Telephone: (619) 234-3300
Fax: (619) 234-3331

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CAVNER, an individual; and BETH CAVNER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBORNE SYSTEMS NORTH AMERICA OF CA, INC.; HUNTER DEFENSE TECHNOLOGIES, INC. dba HDTGLOBAL; and DOES 1 through 20,<br><br>Defendants. | CASE NO. 15cv02656 LAB (BGS)<br><br>Judge: Larry A. Burns<br>Magistrate Judge: Bernard G. Skomal<br><br>**JOINT MOTION TO DISMISS DEFENDANT, HUNTER DEFENSE TECHNOLOGIES, INC. dba HDTGLOBAL** |

Plaintiffs STEVE CAVNER and BETH CAVNER, Defendant HUNTER DEFENSE TECHNOLOGIES, INC. dba HDTGLOBAL, and Defendant AIRBORNE SYSTEMS NORTH AMERICA OF CA, INC. (collectively, the "Parties"), by and through their respective counsel, jointly request that Defendant HUNTER DEFENSE TECHNOLOGIES, INC. dba HDTGLOBAL be dismissed with prejudice in exchange for a mutual waiver of costs, fees, and expenses. The Parties agree that each party shall bear its own costs, fees, and expenses as to the claims herein dismissed against Defendant HUNTER DEFENSE TECHNOLOGIES, INC. dba HDTGLOBAL. A Proposed Order of dismissal will be submitted pursuant to the Local Rules.

Undersigned counsel for Plaintiffs, Adam B. Levine, certifies that all electronic signatures below have been duly authorized by signatory counsel per ECF Rule § 2(f)(4).

Dated: April 28, 2016   CASEY GERRY SCHENK
                        FRANCAVILLA BLATT & PENFIELD, LLP

                        By:  s/ Adam B. Levine
                             ADAM B. LEVINE
                             alevine@cglaw.com
                             Attorneys for Plaintiffs

Dated: April 28, 2016   LAW OFFICES OF STEPHEN K. BRUNK

                        By:  s/ Stephen K. Brunk
                             STEPHEN K. BRUNK
                             skbrunk@sbcglobal.net
                             Attorneys for Hunter Defense Technologies, Inc.
                             dba HDTGLOBAL

Dated: April 28, 2016   FITZPATRICK & HUNT, TUCKER, PAGANO, AUBERT, LLP

                        By:  s/ Garth W. Aubert
                             GARTH W. AUBERT
                             garth.aubert@fitzhunt.com
                             Attorneys for Airborne Systems North America
                             of CA, Inc.