1  David S. Casey, Jr., SBN 060768
   *dcasey@cglaw.com*
2  Adam B. Levine, SBN 305368
   *alevine@cglaw.com*
3  **Casey Gerry Schenk Francavilla**
4  **Blatt & Penfield, LLP**
   110 Laurel Street
5  San Diego, CA 92101
   Telephone: (619) 238-1811
6  Facsimile:  (619) 544-9232

7
   Attorneys for Plaintiffs
8  Steve Cavner and Beth Cavner

9  Garth W. Aubert – SBN 162877
10 *garth.aubert@fitzhunt.com*
   Mark R. Irvine – SBN 137294
11 *mark.irvine@fitzhunt.com*
   **Fitzpatrick & Hunt,**
12 **Pagano, Aubert, LLP**
   633 West Fifth Street, 60th Floor
13 Los Angeles, CA 90071
   Tel.: (213) 873-2100 / Fax: (213) 873-2125
14

15 Attorneys for Defendant
   Airborne Systems North America of CA, Inc.
16

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CAVNER, an individual; and BETH CAVNER, an individual;<br><br>    Plaintiffs,<br><br>v.<br><br>AIRBORNE SYSTEMS NORTH AMERICA OF CA, INC.; PIONEER AEROSPACE CORPORATION; AEROSTAR INTERNATIONAL, INC., and DOES 1 through 20,<br><br>    Defendants. | CASE No. 15-cv-02656 LAB (BGS)<br><br>**Joint Notice of Settlement Between Plaintiffs Steve Cavner and Beth Cavner and Airborne Systems North America of CA, Inc.** |

**Joint Notice of Settlement**

Plaintiffs Steve Cavner and Beth Cavner and Defendant Airborne Systems North America of CA, Inc. hereby jointly notify the Court that they have reached a confidential settlement of their claims which disposes of all claims Plaintiffs have against Airborne.

Dated:   May 4, 2017                    CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP

*s/ Adam B. Levine*
Adam B. Levine
Attorneys for Plaintiffs

Dated:   May 4, 2017                    FITZPATRICK & HUNT, PAGANO, AUBERT LLP

*s/ Garth W. Aubert*
Garth W. Aubert
Attorneys for Defendant
Airborne Systems North America of CA, Inc.

**SIGNATURE CERTIFICATION**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the signatories herein, and that I have obtained their authorization to affix electronic signature to this document.

*s/ Adam B. Levine*
Adam B. Levine (SBN 305368)